

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2018

No. 04-18-00627-CR

**IN RE** James **TRIBBLE**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Irene Rios, Justice

On September 5, 2018, relator filed a pro se "Writ of Mandamus." Because relator is represented by trial counsel in his underlying criminal proceeding, this court concludes relator is not entitled to the relief sought. Accordingly, relator's request for mandamus relief is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 14, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CR7155, styled *The State of Texas v. James Tribble*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.